UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00317-RJC

| | |
|---|---|
| **USA,** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| **STEPHEN PHILLIP TASKER,** | ) |
| Defendant(s). | ) |

**THIS MATTER** is before the Court upon a petition to revoke supervised release. (Doc. Nos. 2, 3).

For the reasons stated at the hearing on the petition on March 27, 2013, the Court finds good cause to amend the conditions of the defendant's release pending designation for serving the revocation sentence.

**IT IS, THEREFORE, ORDERED** that the Order Setting Conditions of Release (Doc. No. 8) is **AMENDED** to require the defendant to live at his mother's residence with location monitoring until he reports to serve his sentence. All other conditions remain unchanged.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 4, 2013

Robert J. Conrad, Jr.
Chief United States District Judge